# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z PAYMENTS SOLUTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA MERCHANT SERVICES LLC AND FISERV, INC. <br><br> Defendants. | Case No. |

## DECLARATION OF BRAM A. MARAVENT

I, Bram A. Maravent, hereby declare under penalty of perjury as follows:

1. I am over eighteen (18) years of age and am fully competent to make this Declaration. I have personal knowledge of the matters set forth herein. If called upon to do so, I could and would testify competently as to those matters. I am authorized to submit this Declaration.

2. I am currently employed as Managing Counsel at Fiserv, Inc. ("Fiserv"), the ultimate parent corporation of First Data Merchant Services LLC ("FDMS"). In that capacity, I am responsible for the review, management, and investigation of disputes and litigation.

3. Fiserv is a Wisconsin corporation with its principal place of business in Wisconsin.

4. FDMS is a Florida limited liability company and its sole member is First Data Corporation ("First Data").

5. First Data is a Delaware corporation with its principal place of business in Georgia.

6. The sole shareholder of First Data is Fiserv.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2023

Bram A. Maravent

89244191.4