UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Z PAYMENTS SOLUTION CORP.,

                Plaintiff,

-against-

FIRST DATA MERCHANT SERVICES LLC
AND FISERV, INC.,

                Defendants.

23-CV-3702 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's November 13, 2023 Order, ECF No. 41, Plaintiff was required to retain new counsel no later than December 4, 2023. To date, new counsel for Plaintiff has not entered an appearance on the docket. As a courtesy, the deadline for Plaintiff to obtain new counsel and for counsel to enter an appearance is hereby EXTENDED, *nunc pro tunc*, to **December 28, 2023**.

Plaintiff is advised that corporations may not appear without counsel, and its claims may be dismissed for failure to prosecute if no successor counsel appears by this deadline. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983); *Schwartzman v. Label, LLC*, 2020 WL 1034373, at *1-2 (S.D.N.Y. Jan. 22, 2020) (dismissed claims for failure to prosecute after successor counsel did not appear within thirty days of order granting motion to withdraw).

SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge