UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Z PAYMENTS SOLUTION CORP.,

                Plaintiff,

-against-

FIRST DATA MERCHANT SERVICES LLC
AND FISERV, INC.,

                Defendants.

23-cv-3702 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's November 13, 2023 Order, Dkt. 41, Plaintiff was required to retain new counsel no later than December 4, 2023. Plaintiff failed to meet this deadline or otherwise respond. As a courtesy, the Court extended the deadline until December 28, 2023. Dkt. 44. New counsel still has not appeared on behalf of Plaintiff.

    As a courtesy, the deadline for Plaintiff to obtain new counsel and for counsel to enter an appearance is hereby EXTENDED, *nunc pro tunc*, to **January 12, 2024**.

    **If Plaintiff fails to comply with this Order, the case will be dismissed for failure to prosecute without further notice.**

    SO ORDERED.

Dated: December 29, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge